APPEAL No. 1929. FRANCES M. NARDOLILLO *v.* BIG G SUPER-MARKET, INC. Motion for a counsel fee pursuant to G. L. 1956, §28-35-32, as amended, is granted, and petitioner awarded a counsel fee in the amount of $900 for services rendered before Supreme Court. Joslin, J., not participating. *Louis A. Geremia,* for petitioner. *William C. Dorgan,* for respondent.

## August 8, 1973.

APPEAL No. 73-96. RAYMOND A. MENDILLO *v.* PAUL CHARON *et al. d/b/a* NORTHEAST EXPRESSWAY. Defendants before court in response to order of July 24, 1973 directing them to appear and show cause why they should not be held in contempt for failure to file a cash or surety bond as required by protective order of June 5, 1973. In an affidavit the defendants have averred that they have been unable to obtain the requisite cash or sureties. The record is replete with evidence of the defendants' dilatory and uncooperative behavior. Defendants' affidavit is rejected as being unworthy of belief. Defendants are adjudged in contempt and may purge themselves by filing with the clerk of Supreme Court on or before August 15, 1973 the bond referred to in the June 5, 1973 order. Joslin, J., not participating. *McOsker & Isserlis, Paul A. Lietar,* for plaintiff. *Aram K. Berberian,* for defendants.

## August 10, 1973.

M. P. No. 73-193. THOMAS A. McCORMICK *et al. v.* ANTHONY P. TRAVISONO *et al.* Order staying the Order of the Superior Court entered on July 20, 1973 is modified by vacating so much as stays Paragraph (1) of the Order of the Superior Court. Otherwise, the Order entered on July 20, 1973, shall remain in effect until further order. *William F. Reilly,* Public Defender, for plaintiffs. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, *Edward F. Burke,* Chief Legal Counsel, Department of Corrections, for defendants. (Order assented to by Counsel).